**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6801**

_____

JONATHAN OJEDA,

                    Plaintiff - Appellant,

          v.

DR. PROCTER, sued individually and as an Agent of Wexford
Medical Sources; TRISTEN TENNY, sued individually and as
Agent of Wexford Medical Resources; ADRIAN HOKE, sued
individually and in his Official Capacity; WEXFORD MEDICAL
SOURCES, sued as a Corporation, working within the State of
West Virginia,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.   John Preston Bailey,
Chief District Judge.  (2:10-cv-00126-JPB-DJJ)

_____

Submitted:  September 13, 2011       Decided:  October 7, 2011

_____

Before DUNCAN, KEENAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jonathan Ojeda, Appellant Pro Se.   Philip Cameron Petty, ROSE
PADDEN & PETTY, LC, Fairmont, West Virginia, for Appellees
Procter and Tenny.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Ojeda appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ojeda v. Procter</u>, No. 2:10-cv-00126-JPB-DJJ (N.D. W. Va. June 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>